UNITED STATES of America,
Plaintiff-Appellee,

v.

James Dana SWEETS, a/k/a Sweets,
Defendant-Appellant.

No. 17-6354

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

James Dana Sweets, Appellant Pro Se. Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dana Sweets appeals the district court's letter order rejecting as meritless his objection to subject matter jurisdiction and denying his motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sweets*, No. 1:04-cr-00564-CCB-4 (D. Md. Mar. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*